**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

|  |  |
|---|---|
| Joe Boswell, | : |
|  | : |
|  | :   Civil Action No.: 1:14-cv-13994-GAO |
|  | : |
| Plaintiff, | : |
| v. | : |
|  | : |
| Synchrony Bank f/k/a GE Capital Retail Bank; | : |
| and DOES 1-10, inclusive, | : |
|  | : |
| Defendants. | : |
|  | : |

---

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against Synchrony Bank f/k/a GE Capital Retail Bank without prejudice and without costs to any party.

DATED: April 17, 2015

Joe Boswell                                  Synchrony Bank f/k/a GE Capital Retail Bank

/s/ *Sergei Lemberg*            /s/ *Nellie Hestin*
Sergei Lemberg, Esq.          Nellie Hestin (BBO #676886)
BBO No.: 650671                 Reed Smith LLP
LEMBERG LAW, LLC          225 Fifth Avenue
1100 Summer Street, 3rd Floor    Pittsburgh, PA 15222
Stamford, CT  06905           Tel: (412) 288-3627
(203) 653-2250                  Fax: (412) 288-3063
*Attorney for Plaintiff*          nhestin@reedsmith.com
                                  *Attorney for Defendant*

---

SO ORDERED

## CERTIFICATE OF SERVICE

  I hereby certify that on April 17, 2015, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Nellie Hestin
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222


        By  /s/ Sergei Lemberg
          Sergei Lemberg